UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIANA LABORERS PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    v.<br><br>FIMALAC, S.A., FITCH GROUP, INC., FITCH RATINGS, LTD., MARC LADREIT DE LACHARRIÈRE, STEPHEN W. JOYNT, and JOHN SCHIAVETTA,<br><br>           Defendants. | <u>ECF Case</u><br><br>08 Civ. 5994 (SAS)<br><br>**RULE 7.1<br>DISCLOSURE STATEMENT<br>FOR FITCH GROUP, INC.** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Fitch Group, Inc. states that Fimalac, S.A., a publicly-held company traded on the Paris Bourse, owns ten percent or more of Fitch Group, Inc.'s stock and is its parent corporation.

Dated: August 11, 2008
      New York, New York

                                     PAUL, WEISS, RIFKIND, WHARTON &
                                     GARRISON LLP

                                   By: _____/s/ Martin Flumenbaum_____
                                           Martin Flumenbaum
                                           Andrew G. Gordon
                                           Audra J. Soloway
                             1285 Avenue of the Americas
                             New York, New York 10019-6064
                             (212) 373-3000
                             (212) 373-2818 (facsimile)
                             mflumenbaum@paulweiss.com

                             *Attorneys for Defendant Fitch Group, Inc.*

Doc#: US1:5277795v1