

**COUGHLIN
STOIA
GELLER
RUDMAN
ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

Mario Alba, Jr.
malba@csgrr.com

AUG 2 6 2008

JUDGE SCHEINDLIN

August 26, 2008

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



USDC SDNY
DOCUMENT
**ELECTRONICALLY FILED**
DOC #:
DATE FILED: 8/26/08

**VIA FACSIMILE**

Re:  *Indiana Laborers Pension Fund v. Fimalac, S.A., et al.,* 1:08-cv-05994 (SAS)

Dear Judge Scheindlin:

My firm has recently been retained to file a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of this action. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on July 1, 2008; accordingly, investors must file a motion no later than Tuesday, September 2, 2008.

Your Honor's Individual Practices, however, require that "A party must write to Chambers . . . to request a pre-motion conference before bringing any motion." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on September 2, 2008.

Respectfully submitted,

Mario Alba, Jr.

cc:  Martin Flumenbaum, Esq.(by facsimile)

*Counsel may promptly file its motion for appointment as lead plaintiff without need for a premotion conference.*

*So Ordered:*  *[signature]*  USDJ  8/26/08

58 South Service Road, Suite 200 · Melville, NY 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com