| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Indiana Laborers Pension Fund, et al
Defendant: Fimalac, S.A., et al

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV5994 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:     Fitch Group, Inc.
   b. Person served:    Viola Fong, Assistant General Counsel

4. Address where the party was served:   One State Street Plaza
                                          New York, NY  10004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 21, 2008 (2) at: 3:12PM

7. Person Who Served Papers:
   a. Joseph Sanchez
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

07-30-08    (Signature)
(Date)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  02/03/10
                       (Date)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

AFFIDAVIT OF SERVICE         (Notary Public)
Summons & Complaint                              sarud.103636