| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Indiana Laborers Pension Fund, et al
Defendant: Fimalac, S.A., et al

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CIV5994 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. Party served:                    John Schiavetta

4. Address where the party was served:    145 E 92nd Street, Apt 11B
                                          New York, NY 10128

5. I served the party:
   b. **by substituted service.** On: Sat., Jul. 26, 2008 at: 2:00PM by leaving the copies with or in the presence of:
      Joseph M., Doorman, White, Male, 50 Years Old, Light Brown/Grey Hair, 6 Feet, 200 Pounds, wearing glasses
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Jul. 31, 2008 from: New York, NY

7. *Person Who Served Papers:*
   a. Joseph Sanchez
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   08-04-08        Joseph Sanchez
   (Date)               (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  02/03/10
                          (Date)

   MICHAEL KEATING
   Notary Public, State of New York
   Reg. No. 01-KE-4851559
   Qualified in New York County
   Commission Expires February 3, 2010

   (Notary Public)

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   sarud.103637

| Attorney or Party without Attorney: Samuel H. Rudman, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No. 631-367-7100   FAX. No. 631-367-1173 | | For Court Use Only |
|---|---|---|
| | Ref No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | | |
| Plaintiff: Indiana Laborers Pension Fund, et al | | |
| Defendant: Fimalac, S.A., et al | | |
| **Affidavit of Reasonable Diligence** | Hearing Date | Time | Dept/Div | Case Number 08CIV5994 |

1. I, Joseph Sanchez, and any employee or independent contractors retained by Class Action Research & are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant John Schiavetta as follows:

2. Documents:    Summons in a Civil Case; Class Action Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/22/08 | 9:00am | Home | This is a secured building with a doorman at the entrance. I asked the doorman to call Mr. Schiavetta via the lobby phone. The doorman advised that Mr. Schiavetta was not home. He also stated that Mr. Sciavetta lives in apt 11B, not 2A. Attempt made by: Joseph Sanchez. Attempt at: 145 E 92nd Street Apt 2A   New York NY 10128. |
| Wed | 07/23/08 | 8:45pm | Home | I asked the doorman to call Mr. Schiavetta via the lobby phone. The doorman advsied that Mr. Schiavetta was not home. Attempt made by: Joseph Sanchez. Attempt at: 145 E 92nd Street, Apt 11B   New York NY 10128. |
| Thu | 07/24/08 | 10:40am | Home | I asked the doorman to call Mr. Schiavetta via the lobby phone. The doorman advsied that Mr. Schiavetta was not home. Attempt made by: Joseph Sanchez. Attempt at: 145 E 92nd Street, Apt 11B   New York NY 10128. |
| Sat | 07/26/08 | 2:00pm | Home | I asked the doorman to call Mr. Schiavetta via the lobby phone. The doorman advsied that Mr. Schiavetta was not home. Since I was not allowed access to the apartment I was unable to post the documents so I served them to Joseph M., Doorman. Attempt made by: Joseph Sanchez. Attempt at: 145 E 92nd Street, Apt 11B   New York NY 10128. |
| Sat | 07/26/08 | 2:00pm | Home | Substituted Service on: John Schiavetta Home - 145 E 92nd Street, Apt 11B New York, NY. 10128 by leaving a copy of the document(s) with: Joseph M., Doorman, White, Male, 50 Years Old, Light Brown/Grey Hair, 6 Feet, 200 Pounds, wearing glasses. Served by: Joseph Sanchez |

| Attorney or Party without Attorney: Samuel H. Rudman, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100 FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref No or File No: | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | | | | |
| Plaintiff: Indiana Laborers Pension Fund, et al Defendant: Fimalac, S.A., et al | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time | Dept/Div: | Case Number: 08CIV5994 |

Summons & Complaint

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 07/31/08 | | | I served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a sealed and postpaid wrapped with the words "PERSONAL AND CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows: John Schiavetta 145 E. 92nd Street, Apt 11-B New York, NY 10128 |

3. Person Executing
   a. Joseph Sanchez
   b. Class Action Research & Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

08-04-08        Joseph Sanchez
(Date)                                (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 02/03/10
Date: Mon, Aug. 04, 2008
Page: 2

Affidavit of Reasonable Diligence
MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

(Notary)

le32 103637