USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

INDIANA LABORERS PENSION FUND,
Individually and On Behalf of All Others
Similarly Situated,

                   Plaintiff,

    vs.

FIMALAC, S.A., et al.,

                  Defendants.

---------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:08-cv-05994-SAS

CLASS ACTION

[PROPOSED] ORDER APPOINTING LEAD
PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL

Having considered the Motion of Indiana Laborers Pension Fund ("Indiana Laborers") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1.    Indiana Laborers is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2.    The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____9/5/08_____

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

- 1 -