UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
INDIANA LABORERS PENSION FUND,           :
Individually and on Behalf of All Others :
Similarly Situated,                      :  Civil Action No. 1:08 CV 05994 (SAS)
                                         :
                 Plaintiff,              :
                                         :
          vs.                            :
                                         :
FIMALAC, S.A., FITCH GROUP, INC.,        :
FITCH RATINGS, LTD., MARC LADREIT        :
DE LACHARRIÈRE, STEPHEN W. JOYNT         :
and JOHN SCHIAVETTA,                     :
                                         :
                 Defendants.             :
---------------------------------------x

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO FED. R. CIV. P. 41 (a)(1)(i)

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Indiana Laborers Pension Fund, through its attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice to refile by plaintiff or its counsel against defendants. Plaintiff and defendants will bear their own costs and attorneys' fees. Each party also agrees to waive any potential claims against all other parties or their counsel for malicious prosecution, abuse of process, violation of Federal Rule of Civil Procedure 11, or any other claim (including unknown claims), arising out of or in any way related to, or in connection with the institution, prosecution, assertion or resolution of this action.

DATED: October 3, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
MATTHEW P. MONTGOMERY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on October 3, 2008, I caused a true and correct copy of the attached:

Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(i)

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                       s/ *David A. Rosenfeld*
                                                       David A. Rosenfeld

FIMALAC

Service List - 8/28/2008    (08-0136)

Page 1 of 1

**Counsel For Defendant(s)**

Martin Flumenbaum
Andrew G. Gordon
Audra J. Soloway
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
   212/373-3000
   212/757-3990 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)